Date: 06/02/10

**DIVIDENDS REMITTED TO THE COURT**
Check Number 107 Dated 06/02/10
Case Number 09-31967 - PEINE, CHRISTOPHER M

Page: 1



| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MINNESOTA DHIA<br>307 BRIGHTON AVE S<br>BUFFALO MN 55313<br>  FINAL DISTRIBUTION<br>  PEIN | 000006 | 244.17 | 1.22 |
| QUALITY PROPANE<br>15752 CICERONE PATH<br>ROSEMOUNT MN 55068<br>  FINAL DISTRIBUTION | 000007 | 926.01 | 4.65 |
| | | 1,170.18 | 5.87 |

---------- Remittance Total ---------------

John A. Hedback, Trustee

Printed: 06/02/10 11:31 AM    Ver: 15.09

COURT1